THOMAS P. QUINLAN, WSBA #21325
ANDREA H. BREWER, WSBA #52724
SMITH ALLING, P.S.
1501 Dock Street
Tacoma, WA 98402
(253) 627-1091
tom@smithalling.com
andrea@smithalling.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

KRISTIN ANDRADE, as Trustee for The Paul H. Stavig Family Revocable 1976 Trust, f/k/a The Paul and Lorraine Stavig Revocable Living Trust, dated February 11, 1976; The Paul H. Stavig Family Revocable 1976 Trust, f/k/a The Paul and Lorraine Stavig Revocable Living Trust, dated February 11, 1976; The California Oral Trust;

      Plaintiffs,

 v.

BARRY ANTON, an individual; BARRY ANTON, as Personal Representative for the Estate of Maren Stavig; BARRY ANTON, as Trustee of the Anton and Stavig Living Trust; The Estate of Maren Stavig; The Anton and Stavig Living Trust,
      Defendants.

No. 3:18-cv-05997-RBL

**ORDER GRANTING MOTION TO COMPEL DISCOVERY**

**THIS MATTER** having come on for hearing before the above entitled Court upon the motion of Defendant Barry Anton for an Order compelling discovery responses from Plaintiff; the Court having considered the Motion to Compel Discovery and supporting

ORDER (Cause No. 3:18-cv-05997-RBL) – Page 1

SMITH | ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

declaration and exhibits thereto, Plaintiff's Opposition and Defendant's Reply, if any, as well as the records and files herein, it is hereby

**ORDERED** that Defendant's Motion to Compel Discovery is GRANTED. It is further

**ORDERED** that Plaintiff shall provide responses without objections to Defendant's Interrogatories 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18 and Requests for 4, 6, 7, 8, 9, 10, 11, 12, 13, 15, 18 and 19 by no later than March 13, 2020.

DATED this 23rd day of March, 2020.

Ronald B. Leighton
United States District Judge

PRESENTED BY:

/s/Thomas P. Quinlan
WSBA#21325
E-mail: tom@smithalling.com
SMITH ALLING, P.S.
1501 Dock Street
Tacoma, WA  98402
Telephone:  (253) 627-1091
Attorneys for Defendants

/s/Andrea H. Brewer
WSBA #52724
Email: andrea@smithalling.com
SMITH ALLING, P.S.
1501 Dock Street
Tacoma, WA  98402
Telephone:  (253) 627-1091
Attorneys for Defendants

