1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

KRISTIN ANDRADE,

8

                                    Plaintiff,

9

            v.

10

BARRY ANTON, et al.,

11

                                    Defendants.

C18-5997 TSZ

MINUTE ORDER

12      The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

13

14      (1)     Parties are DIRECTED to re-label the uploaded proposed exhibits on
Box.com to indicate both (i) the proposed exhibit number (e.g., "Exhibit 1," but not
"Plaintiff's Exhibit 1") and (ii) the title, or brief description, of the document (e.g.,

15  "Vanguard Check Register 2011") on or before noon on Friday, October 23, 2020.

16      (2)     Plaintiff is further DIRECTED to file objections, if any, to Defendants'
pretrial disclosures on or before noon on Friday, October 23, 2020.

17
        (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of
18  record.

        Dated this 13th day of October, 2020.

19

20                                              William M. McCool
                                                Clerk

21
                                                s/Karen Dews
22                                              Deputy Clerk

23

MINUTE ORDER - 1